IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724<br>HON. CYNTHIA M. RUFE |
| IN RE: DOXYCYCLINE CASES | 16-DX-27240 |
| THIS DOCUMENT RELATES TO:<br><br>*ALL DOXYCYCLINE ACTIONS* | |

**DEFENDANT MAYNE PHARMA INC.'S MOTION UNDER
FRCP 12(b)(6) TO DISMISS THE CLASS PLAINTIFFS'
CONSOLIDATED CLASS ACTION COMPLAINTS**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), and for the reasons set forth in the accompanying Memorandum of Law and in the omnibus Joint Motions to Dismiss the Direct Purchaser, End-Payer, and Indirect Reseller Complaints in the Doxycycline Actions, Defendant Mayne Pharma Inc. ("Mayne") respectfully moves this Court to dismiss all claims against Mayne in the Direct Purchaser Plaintiffs' Consolidated Class Action Complaint (16-DX-27241, ECF 83), in the End-Payer Plaintiffs' Consolidated Amended Class Action Complaint (16-DX-27242, ECF 123), and in the Indirect Reseller Plaintiffs' Class Action Complaint (16-DX-27243, ECF 40) with prejudice.

Respectfully Submitted,

Dated: October 6, 2017

*/s/ Michael Martinez*

Michael Martinez
Steven Kowal
Lauren Norris Donahue

Brian J. Smith
**K&L GATES LLP**
70 W. Madison St., Suite 3300
Chicago, IL 60602
Tel. 312-372-1121
michael.martinez@klgates.com
steven.kowal@klgates.com
lauren.donahue@klgates.com
brian.j.smith@klgates.com

*Counsel for Defendant Mayne Pharma Inc.*